1  Janel R. Ablon, Bar No. 198678
   jablon@littler.com
2  Chase P. Parongao, Bar No. 336506
   cparongao@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
4  Los Angeles, California 90067.3107
   Telephone:   310.553.0308
5  Facsimile:   800.715.1330

6  Attorneys for Defendants
   M.A.C. COSMETICS INC., ELC BEAUTY LLC,
7  THE ESTEE LAUDER COMPANIES INC., and
   ESTEE LAUDER INC.
8
   Eli Banayan, Bar No. 322075
9  eb@banalegal.com
   BANA LEGAL GROUP, P.C.
10 11835 W. Olympic Blvd., Suite 695E
   Los Angeles, CA 90064
11 Telephone:   310.736.3616
   Facsimile:   310.736.3616
12
   Attorney for Plaintiff
13 KATIE LYNN MAGEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE MAGEE, | Case No. 2:25-cv-2932-CSK |
| Plaintiff, | *[Removed from Sacramento County Superior Court Case No. 25CV019325]* |
| v. | **JOINT STIPULATION AND MODIFIED ORDER RE: CONTINUANCE OF HEARING RE: PLAINTIFF'S MOTION FOR REMAND AND PRETRIAL SCHEUDLING CONFERENCE** |
| M.A.C. COSMETICS INC., THE ESTEE LAUDER COMPANIES INC., ESTEE LAUDER INC., ELC BEAUTY LLC, MORGAN BRIDGES, SARAH RICHIE, ELOY GUERRERO, and DOES 1 through 20, inclusive, | |
| Defendants. | Date:      January 6, 2026<br>Time:      10:00 a.m.<br>Judge:     Hon. Chi Soo Kim<br>Location:  Courtroom 25, 8th Floor |

Plaintiff KATIE LYNN MAGEE ("Plaintiff") and Defendants M.A.C. COSMETICS INC., ELC BEAUTY LLC, THE ESTEE LAUDER COMPANIES INC., ESTEE LAUDER INC., MORGAN BRIDGES, SARA RICHEY and ELOY GUERRERO ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, as follows:

WHEREAS, Plaintiff filed her Complaint in Sacramento Superior Court on August 14, 2025 (Case No. 25CV019389), asserting claims for (1) failure to pay final wages; (2) waiting time penalties; (3) failure to pay wages timely; (4) unfair competition law; (5) failure to pay overtime; (6) failure to provide meal periods; (7) failure to provide rest periods; (8) wage statement violations; (9) failure to reimburse business expenses; (10) split shift premium violations; (11) retaliation for protected activity; (12) whistleblower retaliation; (13) FEHA age discrimination; (14) FEHA retaliation; (15) failure to prevent discrimination and retaliation; (16) breach of contract; (17) wrongful termination in violation of public policy; (18) violation of California Constitution Article I, §§ 8 and 9; (19) delayed payroll; and (20) unlawful collection of wages due and owing;

WHEREAS, Defendants removed this action to this Court on October 10, 2025 (Case No. 2:25-cv-2932-CSK);

WHEREAS, pursuant to the Court's November 6, 2025, Order, a Status (Pretrial Scheduling) Conference is currently scheduled for January 6, 2026, 2026, at 10:00 a.m., before Honorable Chi Soo Kim in Courtroom 25;

WHEREAS, Plaintiff filed a Motion to Remand on November 7, 2025 (the "Motion"), noticed for hearing on December 23, 2025, at 10:00 a.m., before Judge Kim;

WHEREAS, the Court continued the hearing on the Motion to January 6, 2026 at 10:00 a.m.;

WHEREAS, Defendants' counsel has pre-planned, pre-paid family commitment requiring travel during the holiday week of December 22, 2025, and will be unavailable;

WHEREAS, Plaintiff's counsel anticipates the birth of his child in or around January of 2026, and will be unavailable for the currently scheduled Status (Pretrial Scheduling) Conference;

WHEREAS, Plaintiff's counsel and Defendants' counsel executed a similar joint stipulation for continuance to March 2, 2026, in a related matter before Honorable William B. Shubb in Courtroom 5;

WHEREAS, the Parties have conferred and agree that continuing both the Motion hearing and the

Pretrial Scheduling Conference will conserve judicial resources, minimize counsel's flights between Los Angeles and Sacramento, and reduce costs;

NOW, THEREFORE, subject to the Court's approval, it is hereby stipulated and agreed, by and between the Parties, as follows:

1. The hearing date for Plaintiff's Motion for Remand currently set for January 6, 2026, shall be continued to March 3, 2025, at 10:00 a.m. before Judge Kim in Courtroom 25;

2. The Parties' Status (Pretrial Scheduling) Conference currently set for January 6, 2026, shall likewise be continued to March 3, 2026, immediately following the hearing on the Motion to Remand, or at another time convenient for the Court;

3. All deadlines related to the Parties' Status (Pretrial Scheduling) Conference under Local Rule 240 and the Court's prior scheduling order shall be adjusted accordingly. In contrast, all deadlines relating to Plaintiff's Motion for Remand shall remain as is.

Dated: November 24, 2025                LITTLER MENDELSON, P.C.

                                        /s/ Janel R. Ablon
                                        Janel R. Ablon
                                        Chase P. Parongao
                                        Attorneys for Defendants
                                        M.A.C. COSMETICS INC., ELC BEAUTY LLC,
                                        THE ESTEE LAUDER COMPANIES INC., and
                                        ESTEE LAUDER INC.

Dated: November 24, 2025                BANA LEGAL GROUP, P.C.

                                        /s/ Eli Banayan
                                        Eli Banayan
                                        Attorney for Plaintiff
                                        KATIEE LYNN MAGEE

## [PROPOSED] MODIFIED ORDER

Upon stipulation of the Parties and good cause appearing, the Court hereby orders as follows:

1. The hearing date for Plaintiff's Motion for Remand currently set for January 6, 2026, shall be continued to March 3, 2026, at 10:00 a.m. before Judge Kim in Courtroom 25. Briefing deadlines on Plaintiff's motion shall remain as is;

2. The Parties' Status (Pretrial Scheduling) Conference currently set for January 6, 2026, shall likewise be continued to March 3, 2026 at 10:00 a.m. before Judge Kim in Courtroom 25;

3. All deadlines related to the Parties' Status (Pretrial Scheduling) Conference under Local Rule 240 and the Court's November 6, 2025 Order shall be adjusted accordingly.

IT IS SO ORDERED.

Dated: December 1, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, mage2932.25